ROSE MEYERS, Appellant, *v.* LEON M. HIRSCH, Respondent.

Mem. of decision below, 89 Hun, 612.
(Argued January 20, 1896; decided January 31, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 18, 1895,

which affirmed an order of Special Term staying plaintiff's proceedings.

*Sidney H. Stuart* and *Nathan Lewis* for appellant.

*Charles Strauss* for respondent.

Order affirmed, with costs; no opinion.
All concur.